IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JORGE NIEBLA,

    Plaintiff,

vs.                                         CASE NO. 4:05CV275-MMP/AK

ALBERTO GONZALES,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

In an order dated August 9, 2005, Plaintiff was directed to file a complaint on the proper forms and a motion for leave to proceed in forma pauperis. (Doc. 3). The Court entered a show cause order when the forms were not returned and Plaintiff appealed this Order to the District Judge. (Doc. 6). This appeal was denied, and Plaintiff was ordered to comply with the Court's previous Order regarding filing an amended complaint on or before January 3, 2006. (Doc. 7). Plaintiff was again warned that his case would be dismissed if he failed to comply with the Court's orders. (Doc. 7). To date, Plaintiff has failed to comply with that order or otherwise communicate with the Court regarding his lawsuit.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with an order of this Court and has not filed a complaint on the proper forms nor has he filed a motion for leave to proceed without prepayment of court costs.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this  **13th** day of February, 2006.

       *s/ A. KORNBLUM*
       **ALLAN KORNBLUM**
       **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:05cv275-MMP/AK