IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JORGE NIEBLA,

    Plaintiff,

v.                                       CASE NO. 4:05-cv-00275-MP-AK

ALBERTO GONZALES,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 8, Report and Recommendations of the Magistrate Judge, recommending that Doc. 1, Plaintiff's civil rights claim, be dismissed without prejudice for failure to prosecute. Plaintiff failed to respond to the Magistrate's order requiring Plaintiff to file an amended complaint. Additionally, Plaintiff has not responded to the Magistrate's order to show cause as to why Plaintiff this case should not be dismissed for failure to prosecute. The Magistrate Judge filed the Report and Recommendation on Monday, February 13, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's civil rights claim, Doc. 1, is dismissed without prejudice.

**DONE AND ORDERED** this   *20th* day of March, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
